**U. S. Department of Justice**

***W. Ellis Boyle***
*United States Attorney*
*Eastern District of North Carolina*

---

*150 Fayetteville Street,*
*Suite 2100*
*Raleigh, North Carolina 27601*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

DATE: October 14, 2026

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: W. Ellis Boyle
United States Attorney

ATTN OF: H. Brent McKnight, Jr. HBM
Assistant United States Attorney

SUBJECT: United States v. Robert Harold Corbett
No. ________________ - Western Division

Please issue an arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: U.S. Marshals Service
U.S. Probation Office